UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IVAR SILNIEKS | CIVIL ACTION NO. 11-1820, DIV. 3 |
| VERSUS | SECTION "J" MAG 3 |
| DEEP SOUTH AIRBOATS, LLC AND MARKEL INSURANCE COMPANY | MAGISTRATE DANIEL E. KNOWLES, III |
| | JUDGE CARL J. BARBIER |

*************************************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Order of Dismissal **(Rec. Doc. 26)**,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims asserted herein by the Plaintiff, Ivar Silnieks, be and the same hereby are **DISMISSED**, with prejudice, and with each party to bear its/his own costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Complaint in Intervention filed by the Louisiana Workers' Compensation Corporation be and the same hereby is **DISMISSED**, with prejudice, and with each party to bear its/his own costs.

New Orleans, Louisiana, this 11th day of May, 2012.

_____
United States District Judge

By:   s/ Pete Lewis
      PETE LEWIS
      LEWIS & CAPLAN
      3631 Canal Street
      New Orleans, LA 70119
      (504) 486-7766
      ATTORNEY FOR PLAINTIFF


By:   s/ Richard R. Montgomery
      RICHARD R. MONTGOMERY - 21363
      BRINEY FORET & CORRY
      413 Travis Street, Ste. 200
      P.O. Drawer 51237
      Lafayette, Louisiana 70505-1237
      Phone: (337) 237-4070
      ATTORNEY FOR DEFENDANTS


By:   s/ David K. Johnson
      DAVID K. JOHNSON - 1998
      Johnson, Rahman & Thomas
      2237 S. Acadian Thruway
      P.O. Box 98001
      Baton Rouge, LA 70898-98001
      Phone: (225) 231-0775
      ATTORNEY FOR INTERVENOR